UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HACKERT,<br><br>        Plaintiff,<br><br>    v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | No. 2:15-cv-01248-KJM-CKD PS<br><br><br><br>ORDER |

This matter was initially referred to a United States Magistrate Judge under Local Rule 302(c)(21). On March 21, 2017, this court adopted the magistrate judge's findings and recommendations, and accordingly granted summary judgment for defendant on each of plaintiff's claims. ECF No. 52 (adopting ECF No. 47). Defendant's counterclaim remains active. Accordingly, the court sets the following dates for adjudicating defendant's counterclaim:

        The parties shall file a joint pre-trial statement (including witness and exhibit lists) by Friday, May 31, 2017.

        The final pre-trial conference is set for June 2, 2017 at 10:00 AM in Courtroom 3.

        IT IS SO ORDERED.

DATED: April 6, 2017

                                  UNITED STATES DISTRICT JUDGE