UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. HACKERT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.; and DOES 1-10,<br><br>Defendants. | Civ. No. 2:15-cv-01248-KJM-CKD PS<br><br>ORDER |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>JOHN B. HACKERT, M.D.,<br><br>Counterdefendant. | |

| | |
|---|---|
| 1 | This ERISA action proceeded to trial on November 13, 2017. *See* Trial Mins. |
| 2 | Day 1, ECF No. 91. Counterdefendant John B. Hackert represented himself; Curtis Leavitt |
| 3 | represented counterclaimaints Cigna Health and Life Insurance Company, Cigna Health |
| 4 | Corporation, and Cigna Healthcare of California, Inc. (collectively "Cigna"). *Id.* The jury |
| 5 | returned a unanimous verdict on a threshold factual question. Trial Mins. Day 2, ECF No. 93; |
| 6 | Verdict, ECF No. 96; *see also* Oct. 31, 2017 Order, ECF No. 88 (explaining Mr. Hackert's |
| 7 | entitlement to a jury trial on threshold question). After a short recess, the parties represented |
| 8 | they had reached a settlement, the terms of which were then stated on the record. *See* Trial Mins. |
| 9 | Day 2. The court ordered dispositional documents to be filed within fourteen days. *Id.* More |
| 10 | than two months have now lapsed, yet the parties have neither filed dispositional documents nor |
| 11 | requested additional time to do so. Accordingly, the court hereby ORDERS Mr. Hackert and |
| 12 | Mr. Leavitt to (1) file a status report regarding the status of their efforts to finalize the settlement |
| 13 | agreement; and (2) SHOW CAUSE within **fourteen days** why each of them should not pay a |
| 14 | $250 sanction for failing to heed this court's instruction. |

　　IT IS SO ORDERED.

DATED: January 29, 2018.

_____
UNITED STATES DISTRICT JUDGE