KENNADAY LEAVITT OWENSBY PC
CURTIS S. LEAVITT (SBN 162032)
cleavitt@kldlawgroup.com
LANCE M. MARTIN (SBN 294457)
lmartin@kennadayleavitt.com
621 Capitol Mall, Ste. 2500
Sacramento, California 95814
Telephone: (916) 732-3075

Attorneys for Defendants
CIGNA HEALTH AND LIFE INSURANCE
COMPANY; CIGNA HEALTH CORPORATION;
and CIGNA HEALTHCARE OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOHN B. HACKERT, MD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01248-KJM-CKD PS<br><br>**ORDER ON CIGNA'S REQUEST TO SEAL PURSUANT TO LOCAL RULE 141**<br><br>Complaint Filed: October 27, 2014<br>Removal Filed:　June 10, 2015<br>Trial Date:　　　November 13-14, 2017 |

**TO ALL PARTIES AND THEIR COUNSEL:**

On March 8, 2018, the Court considered Defendants CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEALTH CORPORATION, and CIGNA HEALTHCARE OF CALIFORNIA's (collectively "Cigna") Request to Seal in an effort redact portions of documents filed with this Court and logged into the judicial record. The records inadvertently disclose private and personal information of Plaintiff JOHN B. HACKERT ("Dr. Hackert").

After consideration of Cigna's request and Dr. Hackert's statement of non-opposition to the request, this Court grants the request to redact portions of exhibits attached to the Declaration of

Emily Russell filed in support of Cigna's Motion for Summary Judgment or Adjudication on the Merits [ECF No. 23-3, Exhibits B-1 and E-1].

IT IS HEREBY ORDERED that the clerk of court file under seal the Declaration of Emily Russell (ECF No. 23-3, Exhibits B-1 and E-1). Within two days of the filing of this order, defendants are directed to file a redacted copy of the declaration.

DATED: March 9, 2018.

_____
UNITED STATES DISTRICT JUDGE