1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN B. HACKERT, M.D.                    Civ. No.  2:15-cv-01248-KJM-CKD PS

12
                 Plaintiff,
13                                             ORDER

14          v.

15    CIGNA HEALTH AND LIFE
      INSURANCE COMPANY; CIGNA
16    HEALTH CORPORATION; CIGNA
      HEALTHCARE OF CALIFORNIA, INC.;
17    and DOES 1-10,

18               Defendants.

19    CIGNA HEALTH AND LIFE
      INSURANCE COMPANY; CIGNA
20    HEALTH CORPORATION; CIGNA
      HEALTHCARE OF CALIFORNIA, INC.,
21
                 Counterclaimants,
22

23          v.

24    JOHN B. HACKERT, M.D.,

25               Counterdefendant.

26

27

28
                                       1

Counterclaimants Cigna Health and Life Insurance Company, Cigna Health Corporation, and Cigna Healthcare of California, Inc. (collectively "Cigna") move to dismiss this case (ECF No. 114) based on the parties' joint representation that the case has settled (ECF No. 12). Cigna attaches to its motion a declaration by its counsel (ECF No. 114-1) indicating counterdefendant Hackert does not oppose dismissal, and attaching an e-mail from Hackert communicating his non-opposition. Given that Hackert's non-opposition is in the form of an email rather than a formal statement of non-opposition filed with the court, the court provides Hackert with fourteen days to oppose Cigna's motion. If Hackert does not file an opposition with the court, the court will grant the motion as unopposed.

IT IS SO ORDERED.

DATED: March 20, 2018.

_____
UNITED STATES DISTRICT JUDGE