UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. HACKERT, M.D.<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.; and DOES 1-10,<br><br>Defendants. | Civ. No. 2:15-cv-01248-KJM-CKD PS<br><br>ORDER |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY; CIGNA HEALTH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>JOHN B. HACKERT, M.D.,<br><br>Counterdefendant. | |

On March 19, 2018, Counterclaimants Cigna Health and Life Insurance Company, Cigna Health Corporation, and Cigna Healthcare of California, Inc. (collectively "Cigna") moved to dismiss this case based on the parties' joint representation that the case has settled. Mot., ECF No. 114, Settlement Notice, ECF No. 12. Cigna attached to its motion (1) a declaration by its counsel indicating counterdefendant Hackert does not oppose dismissal, and (2) a copy of an e-mail from Hackert communicating his non-opposition. ECF No. 114-1.

On March 20, 2018, the court also issued an order granting Hackert fourteen days to oppose Cigna's motion and noting that if Hackert did not file an opposition, the court would grant the motion as unopposed. Order, ECF No. 114. Fourteen days has now lapsed. Hackert has filed no opposition.

Accordingly, the court GRANTS Cigna's unopposed motion to dismiss this case in full. This resolves ECF No. 114. With no claims remaining, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE